John van Loben Sels (Bar. No. 201354)
Jennifer J. Shih (Bar No. 276225)
FISH IP LAW, LLP
2603 Main Street, Suite 1000
Irvine, CA 92614-4271
Telephone: (949) 943-8300
Facsimile:  (949) 943-8358
Email:  jvanlobensels@fishiplaw.com
Email: jshih@fishiplaw.com

*Attorneys for Plaintiff, Bird-B-Gone, Inc.*

**CALLAHAN & BLAINE, APLC**
David J. Darnell (SBN 210166)
ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC, THOMAS KAPS and PAUL ROSARIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRD-B-GONE, INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC, a New Jersey corporation; THOMAS KAPS, an individual; and PAUL ROSARIO, an individual; and DOES 1 through 10,<br><br>                    Defendants. | CASE NO.  8:19-cv-00886-DOC-JDE<br><br>Judge:      Hon. David O. Carter<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br><br>Complaint Filed:   May 10, 2019<br>Trial Date:            TBD |

Notice of Settlement of Entire Action

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3      Pursuant to the Court's Order, Dkt. 36, PLEASE TAKE NOTICE that this
4  action has been settled in its entirety.  The Parties request that the court stay this
5  matter sixty (60) days to allow for execution of settlement agreements, payment of
6  settlement monies and dismissal of the entire action, including all parties and all
7  causes of action.

9  Dated:  August 8, 2019             **CALLAHAN & BLAINE, APLC**

                                     By: /s/ James M. Sabovich
                                        David J. Darnell
                                        James M. Sabovich
                                        Attorneys for Defendants FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC, THOMAS KAPS and PAUL ROSARIO

16  Dated:  August 8, 2019             Fish IP Law, LLP

                                       By: */s/ John van Loben Sels*
                                           John van Loben Sels
                                           Jennifer J. Shih
                                           Attorneys for Plaintiff