1  **FISH IP LAW, LLP**
   John van Loben Sels (Bar. No. 201354)
2  Jennifer J. Shih (Bar No. 276225)
   2603 Main Street, Suite 1000
3  Irvine, CA 92614-4271
   Telephone: (949) 943-8300
4  Facsimile:  (949) 943-8358
   Email:  jvanlobensels@fishiplaw.com
5  Email: jshih@fishiplaw.com

6  *Attorneys for Plaintiff, Bird-B-Gone, Inc.*

7
   **CALLAHAN & BLAINE, APLC**
8  David J. Darnell (SBN 210166)
   ddarnell@callahan-law.com
9  James M. Sabovich (SBN 218488)
   jsabovich@callahan-law.com
10 3 Hutton Centre Drive, Ninth Floor
   Santa Ana, California 92707
11 Telephone: (714) 241-4444
   Facsimile: (714) 241-4445
12
   Attorneys for Defendants FLOCK FREE BIRD
13 CONTROL SYSTEMS AND SERVICES, LLC,
   THOMAS KAPS and PAUL ROSARIO
14
                **UNITED STATES DISTRICT COURT**
15
                **CENTRAL DISTRICT OF CALIFORNIA**
16

17
   | | |
   |---|---|
   | BIRD-B-GONE, INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC, a New Jersey corporation; THOMAS KAPS, an individual; and PAUL ROSARIO, an individual; and DOES 1 through 10,<br><br>                Defendants. | CASE NO.  8:19-cv-00886-DOC-JDE<br><br>Judge:     Hon. David O. Carter<br><br>**STIPULATION FOR ENTRY OF JUDGMENT OF INVALIDITY**<br><br>Complaint Filed:  May 10, 2019<br>Trial Date:       TBD |

Stipulation for Entry of Judgment

Plaintiff BIRD-B-GONE, INC. ("Bird-B-Gone" or "Plaintiff") and Defendants FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC ("Flock Free"), THOMAS KAPS, and PAUL ROSARIO (collectively "Defendants"), which are collectively referred to as the "Parties" by and through their respective counsel hereby stipulate and agree as follows::

1. On May 10, 2019, Bird-B-Gone filed a complaint ("Action") for intentional interference with prospective economic advantage; declaratory judgment of invalidity; and declaratory judgment of unenforceability of United States Patent No. D829, 299 ("D829299").

2. On July 1, 2019, Defendants filed their Answer denying wrongdoing, denying that a controversy existed, and asserting affirmative defenses.

3. On August 5, 2019, the Court held a Scheduling Conference which all Parties, through their counsel, attended.

4. On August 5, 2019, the Court directed parties with settlement authority to report on August 6, 2019 for a mandatory settlement conference before Magistrate Judge Autumn D. Spaeth.

5. On August 6, 2019, the Parties attended a mandatory settlement conference before Magistrate Judge Autumn D. Spaeth and reached a settlement of the Action.

6. As part of the settlement of the Action, "[e]ach of Flock Free and Bird-B-Gone agrees to promptly execute a stipulated judgment of invalidity of D829,299, and Bird-B-Gone agrees to submit the stipulated judgment of invalidity of D829,299 to the United States Patent and Trademark Office ("USPTO").

7. Now wherefore, the Parties jointly request that Court enter a Stipulated Judgment, in the form submitted concurrently herewith, declaring D829,299 invalid.

IT IS SO STIPULATED

| | | |
|---|---|---|
| 1 | Dated: August 23, 2019 | **CALLAHAN & BLAINE, APLC** |
| 2 | | |
| 3 | | By: */s/James M. Sabovich* |
| 4 | | David J. Darnell<br>James M. Sabovich |
| 5 | | Attorneys for Defendants FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC, THOMAS KAPS and PAUL ROSARIO |
| 6 | | |
| 7 | Dated: August 23, 2019 | **FISH IP LAW, LLP** |
| 8 | | By:   */s/ John van Loben Sels* |
| 9 | | John van Loben Sels |
| 10 | | Jennifer J. Shih<br>Attorneys for Plaintiff BIRD-B-GONE |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on August 23, 2019.

FISH IP LAW, LLP

*/s/ John van Loben Sels*
John van Loben Sels
Attorneys for Plaintiff, BIRD-B-GONE, INC.