# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRD-B-GONE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC, a New Jersey corporation; THOMAS KAPS, an individual; and PAUL ROSARIO, an individual; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 8:19-cv-00886-DOC-JDE<br><br>Judge: Hon. David O. Carter<br><br>**STIPULATED JUDGMENT OF INVALIDITY [39]**<br><br>Complaint Filed: May 10, 2019<br>Trial Date: TBD |

Before this Court is the Joint Stipulation for Entry of Judgment of Invalidity filed by Plaintiff BIRD-B-GONE, INC. ("Bird-B-Gone" or "Plaintiff") and Defendants FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC ("Flock Free"), THOMAS KAPS, and PAUL ROSARIO (collectively "Defendants"), which are collectively referred to as the "Parties" in the above case. Based on the stipulation of the Parties, and good cause appearing, the parties' joint stipulation is APPROVED and SO ORDERED. Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. United States Patent No. D829, 299 ("D829299") is hereby declared and adjudged invalid.

2. Plaintiff is directed to provide the United States Patent and Trademark Office ("USPTO") notice of this Judgment.

IT IS SO ORDERED.

DATED: August 26, 2019

*David O. Carter*

HONORABLE DAVID CARTER
UNITED STATES DISTRICT JUDGE