1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRD-B-GONE, INC., a California corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC, a New Jersey corporation; THOMAS KAPS, an individual; and PAUL ROSARIO, an individual; and DOES 1 through 10,<br><br>                    Defendants. | CASE NO.   8:19-cv-00886-DOC-JDE<br><br>Judge:        Hon. David O. Carter<br><br>**Order**    **[42]**<br><br>Complaint Filed:   May 10, 2019<br>Trial Date:           TBD |

Before this Court is the Joint Stipulation for Dismissal of Entire Action filed by Plaintiff BIRD-B-GONE, INC. ("Bird-B-Gone" or "Plaintiff") and Defendants FLOCK FREE BIRD CONTROL SYSTEMS AND SERVICES, LLC ("Flock Free"), THOMAS KAPS, and PAUL ROSARIO (collectively "Defendants"), which are collectively referred to as the "Parties" in the above case.  Based on the stipulation of the Parties, and good cause appearing, the parties' joint stipulation is APPROVED and SO ORDERED. Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

       1.       The Action is dismissed with Prejudice.

2.      This Court shall retain jurisdiction over any disputes under the Parties'
Settlement Agreement.

3.      Each party is to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 29, 2019

*David O. Carter*
_____
HONORABLE DAVID CARTER
UNITED STATES DISTRICT JUDGE